PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
Attorney for Bank of America, N.A.
B.500-4449

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA ( OAKLAND)

In re                                                      Bk. No. 11-47225

BRIAN LONG TRAN AND MAGGIE         Chapter 13
HONG TO-TRAN

NOTICE OF APPEARANCE

        Debtors.

_____/

        Bank of America, N.A., its assignees and/or successors in interest, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings on behalf of Bank of America, N.A.. The undersigned hereby requests that any pleadings and documents that Bank of America, N.A. is entitled to, be mailed to said attorneys addressed as follows:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

Dated: August 1, 2011                  By */s/ Dean R. Prober*
                                                     Dean R. Prober, Esquire #106207

1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Stephanie Arevalo, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On August 8, 2011, I served the within NOTICE OF APPEARANCE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Brian Long Tran
Maggie Hong To-Tran
Post Office Box 2332
Orinda, CA 94563
Debtors

Patrick L. Forte, Esquire
Law Offices of Patrick L. Forte
1 Kaiser Plaza
Suite 480
Oakland, CA 94612
Attorney for Debtors

Martha G. Bronitsky
Post Office Box 5004
Hayward, CA 94540
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2011, at Woodland Hills, California.

/s/Stephanie Arevalo